236 So.2d 501

**Branch WILLIAMS**

v.

**PETROLEUM HELICOPTERS, INC., et al.**

No. 50649.

June 26, 1970.

The application is denied. The judgment complained of is correct.

See Johnson v. St. Paul Mercury Ins. Co., 256 La. 289, 236 So.2d 216.

SANDERS, J., is of the opinion that a writ should be granted.

BARHAM, J., concurs.

236 So.2d 501

**Mrs. Shirley PERRY, Wife of/and Paul Perry**

v.

**NEW HAMPSHIRE INSURANCE COMPANY et al.**

No. 50600.

June 26, 1970.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

SUMMERS, J., is of the opinion the writ should be granted. The reduction in the award by the appellate court is unwarranted.